**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL COTTON,** | ) |
| Petitioner, | ) |
| vs. | ) No. 4:03CV407-DJS |
| **DON ROPER,** | ) |
| Respondent. | ) |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #11] is accepted and adopted.

Dated this ___7th___ day of June, 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE